**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES E. DAVIDSON,** )<br>)<br>    **Plaintiff,** )<br>)<br>        v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of the** )<br>**Social Security Administration,** )<br>)<br>    **Defendant.** )<br>_____) | NO. EDCV 07-00144-MAN<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED: September 29, 2008

                    /s/
            MARGARET A. NAGLE
        UNITED STATES MAGISTRATE JUDGE