Law Offices of Bill LaTour
Bill LaTour [SBN: 169758]
     11332 Mountain View Ave., Suite C
     Loma Linda, California 92354
     Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
     E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHARLES DAVIDSON, | No.  EDCV 07-144 MAN |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND THREE HUNDRED AND FIFTY DOLLARS and 00/cents ($3,350.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.


DATED: November 13, 2008     _____/s/_____

               HON.MARGARET A. NAGLE
            UNITED STATES MAGISTRATE JUDGE